Carol Sue Roberson, Alto, GA, for Plaintiff–Appellant.

Meen Geu Oh, Trial Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

### ON MOTION

### ORDER

Upon consideration of Carol Sue Roberson's motion to withdraw her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All pending motions are denied as moot.

(3) Each side shall bear its own costs.

**In re MONDIS TECHNOLOGY, LTD.**

No. 2013–1292.

United States Court of Appeals, Federal Circuit.

May 14, 2014.

Martin J. Black, Esq., Dechert LLP, Philadelphia, PA, Daniel M. Becker, Esq., Daniel B. Epstein, Dechert LLP, Mountain View, CA, Jeffrey B. Plies, Dechert LLP, Austin, TX, for Appellant.

## ON MOTION

### ORDER

The court construes Mondis Technology, Ltd. (Mondis)'s April 22, 2014 letter as a motion to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.